IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NOS. 1:01-cr-00048-MP-ALL
 1:03-cr-00025 MP-ALL

MIGUEL ANGEL FERNANDEZ,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 214, Defendant's Motion for Judicial Recommendation. In his Motion, the Defendant states that the Bureau of Immigration and Naturalization Service (now Immigration and Customs Enforcement) has filed a detainer against him that makes it impossible for him to be referred to a half-way house to receive substance abuse treatment. The Defendant requests that the Court advise ICE to remove the detainer so that he may receive treatment. ICE states that the detainer will not be removed until the Defendant has a hearing before an immigration judge, and this hearing is prompted by the Defendant first completing his imprisonment term. Accordingly, Defendants motion is denied.

**DONE AND ORDERED** this _27th_ day of September, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge